IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-02161-LTB

BEKELE HAILU ROBI, aka HAILU BEKELE ROBI, aka HAILU ROBI,

    Plaintiff,

v.

MICROSOFT CORPORATION,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 28, 2018, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 28 day of February, 2018.

                                    FOR THE COURT,

                                    JEFFREY P. COLWELL, Clerk

                                    By: s/ *A. Garcia Garcia*
                                    Deputy Clerk